JOSEPH A. DI FILIPPO et al., Respondents, v. LOUIS GARGIULO et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [Order appointed temporary receiver of property.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FOREST TURMAN, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

## (April 8, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUTH WOODNER, Respondent, against IAN WOODNER, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of BEDFORD M. ESTES et al., Appellants, against CITY OF NEW YORK et al., Respondents.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [186 Misc. 808.]

BEATRICE M. SORENSON, Appellant, v. WILLIAM H. SORENSON, Respondent.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

GRACE GARTHE, Respondent, v. HENRY GARTHE, Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Application of BENJAMIN LEIBEL, Respondent. FABRICANA, INC., et al., Appellants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.